IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 08-826 |
| $20,000.00 IN UNITED STATES CURRENCY, | )<br>)<br>) |
| Defendants. | ) |

ORDER

AND NOW, this 16th day of Sept, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the civil forfeiture action at Civil Action No. 08-826 be, and hereby is, stayed until December 8, 2008. The Clerk shall mark this case administratively closed.

_____ J.