IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-826 |
| | ) | |
| $20,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 5th day of Dec, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that the civil forfeiture action at Civil Action No. 08-826 be, and hereby is, stayed until further order of court. The Clerk shall mark this case administratively closed.

/s/ [signature]
_____ J.