IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-826 |
| ) | |
| $20,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

ORDER

AND NOW, this  5th  day of  Oct , 2011, it is hereby ORDERED, ADJUDGED, and DECREED that the stay of this forfeiture action, be and hereby is, lifted.

_____
J.