IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-826 |
| $20,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 30th day of Jan, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the following defendant property that is the subject of the forfeiture action at Civil Action No. 08-826 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity: $20,000.00 in United States currency.

The Clerk shall mark this case closed.

_____ J.