IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-826 |
| | ) | |
| $20,000.00 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| Defendant. | ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this ____ day of _____ , 2012, it is hereby

ORDERED, ADJUDGED, and DECREED that the following defendant property that is the

subject of the forfeiture action at Civil Action No. 08-826 be, and hereby is, forfeited to the

United States of America free and clear of all right, title and interest of any person or entity:

$20,000.00 in United States currency.

The Clerk shall mark this case closed.

_____
J.